## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOSHUA GREEN, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:25-cv-02333-JLS |
| | : | |
| CITY OF LANCASTER | : | |
| d/b/a | : | |
| LANCASTER CITY POLICE BUREAU, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 28th day of May, 2026, it is hereby **ORDERED** that:

1. The Defendants' motion to dismiss the Amended Complaint [Doc. 23] is **DENIED**.

2. The Clerk is **DIRECTED** to remand this matter to the Court of Common Pleas of Lancaster County pursuant to 28 U.S.C. § 1447(c).

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**